UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CAUDELL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No. 1:24-cv-01147-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 19). |

On April 14, 2025, the parties filed a joint stipulation dismissing this action with prejudice, stating as follows:

> PLEASE TAKE NOTICE that Plaintiffs Adam Caudell and Brittany Caudell and Defendant FORD MOTOR COMPANY, by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice per Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). All issues pertaining to the case, including the claim for attorneys' fees, costs, and expenses, have been resolved and settlement checks have been tendered so there will be no further claim for damages, fees, costs, or expenses in this matter.

(ECF No. 19, p. 2).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　Dated: **April 15, 2025**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1